Jorge Luis Garza
pro se litigant
Reg. # 19809-056
F.C.I Hazelton
P.O. Box 5000
Bruceton Mills, W. Va.
26525

Office of the Clerk
U.S. District Court
Southern District of Texas
Houston Division
P. O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED

JUN 15 2018

David J. Bradley, Clerk of Court

June 1, 2018

Re: JORGE LUIS GARZA V. UNITED STATES
    Criminal Case No. H-99-455-2
    28 U.S.C. 2255(f)(4) for Newly Discovered Evidence

Dear Office of the Clerk:

I have enclosed the original and one copy of my motion under 2255 (f)(4) for Newly Discovered Evidence. My case was heard before the Honorable United States District Judge Lee Rosenthal in 2003. I believe the integrity of my pleadings are within the guidelines established of pro se litigants. Also enclosed is a Motion to Stay regarding to the 2255 (f)(4).

Sincerely yours,

S/ Jorge Garza
JORGE LUIS GARZA
pro se litigant